**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **LATOYA DAVIS,** | ) | |
| | ) | **CA NO.  6:06-1468-RBH-WMC** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **DEFENDANT'S ANSWERS TO** |
| | ) | **RULE 26.01 INTERROGATORIES** |
| **NHC HEALTH CARE, a corporation** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Defendant NHC HealthCare/Clinton, LLC (incorrectly identified as "NHC Healthcare"), by and through its undersigned counsel, hereby answers Federal Local Rule 26.01 Interrogatories as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Answer:  None.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**Answer:  Plaintiff has requested, and is entitled, to have her claims be tried to a jury.**

(C)     State whether the party submitting these responses is a publicly-owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each

publicly-owned company in which the party owns ten percent or more of the outstanding shares.

**Answer: Defendant NHC HealthCare/Clinton, LLC, is a wholly-owned subsidiary of NHC HealthCare Corporation. Defendant does not own ten percent or more of the outstanding shares of any publicly-owned company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Answer: Plaintiff alleges that all acts alleged in the Complaint occurred in the Greenville Division and that she resides therein. NHC HealthCare/Clinton, LLC, is located in the Greeneville Division.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason should entail substantial duplication of labor if heard by different judges.

**Answer: Upon information and belief, this action is not related to any other matter filed in this District.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Answer: Defendant should have been identified as NHC HealthCare/Clinton, LLC. An amended summons and pleading is not required.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Answer: At this time, NHC HealthCare/Clinton, LLC, does not contend that some other person or legal entity is liable in this matter. As the parties engage in discovery and additional facts become known, NHC HealthCare/Clinton, LLC, reserves the right to amend it response.**

Date: August 2, 2006

Respectfully Submitted,

/s/ Cara Y. Crotty
Cara Y. Crotty, FED I.D. #6869
**CONSTANGY, BROOKS & SMITH, LLC**
1301 Gervais Street, Suite 810
Columbia, South Carolina 29201
Telephone: 803-256-3200
Facsimile: 803-256-6277

(continued on following page)

Clifford H. Nelson, Jr.
Georgia Bar No. 537750
*Pro Hac Vice Application Pending*
Glen R. Fagan
Georgia Bar No. 253944
*Pro Hac Vice Application Pending*
**CONSTANGY, BROOKS & SMITH, LLC**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia  30303-1557
Telephone: 404-525-8622
Facsimile: 404-525-6955

Attorneys for Defendant